# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) <br><br> Berman, Richard M. | 2. Court or Organization <br><br> U.S. District Court -S.D.N.Y. | 3. Date of Report <br><br> 5/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U. S. District Judge - Active | 5a. Report Type (check appropriate type) <br><br> ☐ Nomination,   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 6. Reporting Period <br><br> 01/01/2008 <br> to <br> 12/31/2008 |
| 7. Chambers or Office Address <br><br> U.S. District Court <br> 40 Centre Street (Room 201) <br> New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 11:11 FINANCIAL DISCLOSURE OFFICE

Berman_Richard_M

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Barnard College |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. First Amendment Center | 11/18/2008 | Washington, D.C. | Justice & Journalism Conf | Transportation, meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America (formerly Greenpoint Bank) | Mortgage | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apartment (NY City) | E | Rent | N | W | | | | | |
| 2. Property Sufffolk County, NY (House & Cottage) | C | Rent | N | W | | | | | |
| 3. Property, Suffolk County,NY | D | Rent | K | W | | | | | |
| 4. Aztex Limited Partnershi (real estate) | A | Distribution | J | W | | | | | |
| 5. Vanguard 500 Index Trust | C | Dividend | M | T | | | | | |
| 6. Vanguard Total Int'l Index | B | Dividend | K | T | | | | | |
| 7. Vanguard Total Stock Index | B | Dividend | K | T | | | | | |
| 8. U.S. Treasury Bill | D | Interest | | | Buy (add'l) | 1/10 | O | | |
| 9. | | | | | Matured (part) | 1/10 | O | | |
| 10. | | | | | Buy (add'l) | 2/20 | K | | |
| 11. | | | | | Matured (part) | 2/21 | K | | |
| 12. | | | | | Sold (part) | 3/13 | K | A | |
| 13. | | | | | Matured (part) | 3/20 | O | | |
| 14. | | | | | Matured (part) | 4/17 | K | | |
| 15. | | | | | Buy (add'l) | 7/15 | M | | |
| 16. | | | | | Matured | 10/16 | M | | |
| 17. U.S. Treasury Notes | D | Interest | M | T | Matured (part) | 4/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 6/4 | M | C | |
| 19. | | | | | Sold (part) | 6/11 | K | A | |
| 20. | | | | | Sold (part) | 6/23 | L | A | |
| 21. GE Common Stock | B | Dividend | K | T | Sold (part) | 11/12 | J | | |
| 22. | | | | | Buy (add'l) | 11/26 | J | | |
| 23. Microsoft Common Stock | A | Dividend | J | T | Sold (part) | 4/23 | J | | |
| 24. | | | | | Sold (part) | 7/23 | J | | |
| 25. | | | | | Sold (part) | 12/9 | K | | |
| 26. Plum Creek Timber Co. | A | Dividend | | | Sold | 11/25 | J | | |
| 27. Exxon Mobil | A | Dividend | K | T | | | | | |
| 28. Scarsdale, NY Sch. Dist. | A | Interest | | | Sold | 8/28 | K | A | |
| 29. NYS Env. Facs. Corp. Clean Water | D | Interest | | | Sold | 5/27 | K | A | |
| 30. Rye City, NY Pub Impt | C | Interest | | | Sold | 9/12 | L | | |
| 31. NYS Mort Agency | C | Interest | | | Sold | 5/27 | M | B | |
| 32. NYS Power Authority | B | Interest | K | T | Sold (part) | 1/2 | K | B | |
| 33. NYS Dorm Authority | D | Interest | K | T | Buy (add'l) | 3/6 | L | | |
| 34. | | | | | Buy (add'l) | 5/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 6/12 | L | | |
| 36. | | | | | Sold (part) | 11/18 | M | | |
| 37. NYS Dorm Authority Mental Heath | B | Interest | K | T | | | | | |
| 38. NYS Dorm Authority Columbia | | None | | | Sold | 5/28 | L | A | |
| 39. Metro Trans Authority | C | Interest | K | T | Sold (part) | 6/12 | L | A | |
| 40. | | | | | Buy (add'l) | 3/6 | K | | |
| 41. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev | D | Interest | L | T | Sold (part) | 6/12 | L | B | |
| 42. | | | | | Sold (part) | 7/21 | L | B | |
| 43. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev | B | Interest | L | T | | | | | |
| 44. Icon Energy Fund | A | Dividend | J | T | | | | | |
| 45. Icon Healthcare Fund | B | Dividend | K | T | | | | | |
| 46. American Fund New Perspective Class F | B | Dividend | K | T | | | | | |
| 47. Oakmark Global Fund | B | Dividend | K | T | | | | | |
| 48. Fed Ex Corporation | A | Dividend | | | Sold (part) | 5/20 | K | | |
| 49. | | | | | Sold (part) | 12/9 | K | | |
| 50. Google Inc. Class A | | None | | | Buy | 10/3 | K | | |
| 51. | | | | | Sold | 11/25 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Berkshire Hathaway B | | None | K | T | Sold (part) | 11/18 | K | | |
| 53. | | | | | Buy (add'l) | 11/26 | K | | |
| 54. Goldman Sachs | A | Dividend | K | T | Buy (add'l) | 2/7 | K | | |
| 55. | | | | | Buy (add'l) | 10/3 | J | | |
| 56. | | | | | Sold (part) | 11/18 | K | | |
| 57. Franklin Income Fund | A | Dividend | J | T | Sold (part) | 1/22 | J | | |
| 58. Proctor & Gamble, Co. | A | Dividend | K | T | | | | | |
| 59. Amer. Funds Fundamental | A | Dividend | K | T | | | | | |
| 60. Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | | | | | |
| 61. American Growth Fund | A | Dividend | L | T | Buy (add'l) | 1/2 | K | | |
| 62. | | | | | Sold (part) | 10/29 | K | | |
| 63. Johnson & Johnson | B | Dividend | M | T | | | | | |
| 64. Publicis N.A. | A | Dividend | | | Sold | 5/16 | N | G | |
| 65. Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 66. Publicis Group ORAs | | None | | | Sold | 12/5 | N | | |
| 67. Publicis Group Warrants | | None | K | T | Sold (part) | 4/29 | K | D | |
| 68. | | | | | Sold (part) | 12/24 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oppenheimer Main Street Small Cap Fund Class A | A | Dividend | J | T | | | | | |
| 70. Oppenheimer Main Street Small Cap Fund Class A | A | Dividend | J | T | | | | | |
| 71. Firsthand Technology Value Fund | | None | J | T | | | | | |
| 72. Waste Management Inc. | A | Dividend | K | T | Buy (add'l) | 2/4 | J | | |
| 73. | | | | | Buy (add'l) | 12/22 | J | | |
| 74. United Technologies | A | Dividend | K | T | | | | | |
| 75. Wal-Mart Stores Inc. | A | Dividend | K | T | | | | | |
| 76. Walgreen Co | A | Dividend | | | Sold | 12/22 | J | | |
| 77. Raytheon | A | Dividend | J | T | | | | | |
| 78. Pepsico | A | Dividend | J | T | | | | | |
| 79. Spectra Energy | A | Dividend | J | T | Buy | 2/14 | J | | |
| 80. PPG Industries | A | Dividend | J | T | Sold (part) | 11/12 | J | | |
| 81. Kimberly Clark | B | Dividend | K | T | | | | | |
| 82. Forest City Ent. (A) | A | Dividend | | | Sold | 11/12 | J | | |
| 83. Duke Energy | A | Dividend | J | T | | | | | |
| 84. EMC Corp. - Mass | | None | J | T | | | | | |
| 85. Encana | A | Dividend | J | T | Sold (part) | 5/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. E.I. Dupont | A | Dividend | J | T | Buy (add'l) | 4/23 | J | | |
| 87. | | | | | Sold (part) | 7/3 | J | | |
| 88. | | | | | Sold (part) | 11/12 | J | | |
| 89. Cisco | | None | J | T | Sold (part) | 11/12 | J | | |
| 90. BP | A | Dividend | J | T | | | | | |
| 91. American Express | A | Dividend | | | Sold | 10/12 | J | | |
| 92. Liberty Media (A & B) | | None | | | Sold (part) | 5/7 | L | F | |
| 93. | | | | | Sold (part) | 12/3 | J | | |
| 94. | | | | | Sold (part) | 12/4 | J | | |
| 95. | | | | | Sold (part) | 12/5 | J | | |
| 96. | | | | | Sold | 12/8 | J | | |
| 97. Rogers Communications | A | Dividend | | | Sold | 1/24 | K | C | |
| 98. NYS Twy Auth. (Highway & Bridge) (RMB M) | B | Interest | L | T | Sold (part) | 5/27 | L | A | |
| 99. | | | | | Buy (add'l) | 11/19 | L | | |
| 100. NYS Twy Auth. Personal Inc Tax | C | Interest | M | T | Buy | 11/21 | M | | |
| 101. MTA (NY) Muni Bond | C | Interest | K | T | Sold (part) | 5/27 | L | B | |
| 102. | | | | | Sold (part) | 6/13 | M | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NYS Dorm Auth. (Revs) | D | Interest | N | T | Buy (add'l) | 6/3 | M | | |
| 104. | | | | | Buy (add'l) | 6/4 | L | | |
| 105. | | | | | Buy (add'l) | 11/13 | N | | |
| 106. | | | | | Sold (part) | 11/18 | L | | |
| 107. Triborough B & T Auth. | E | Interest | M | T | Buy (add'l) | 3/7 | K | | |
| 108. | | | | | Sold (part) | 5/27 | M | C | |
| 109. | | | | | Sold (part) | 5/28 | L | B | |
| 110. American Funds Washington Mutual Investments | A | Dividend | K | T | | | | | |
| 111. Merill Lynch MM Fund | B | Int./Div. | M | T | | | | | |
| 112. Spartan 500 Index Fid Adv | C | Int./Div. | L | T | | | | | |
| 113. Webster Bank 8-mo CD | A | Interest | L | T | | | | | |
| 114. Fundamental Investors Fund | A | Dividend | K | T | | | | | |
| 115. IBM | A | Dividend | J | T | | | | | |
| 116. Western Asset MM Fund | A | Dividend | | | Redeemed (part) | 10/1 | J | | |
| 117. | | | | | Redeemed | 10/7 | K | | |
| 118. New Perspective Fund | B | Dividend | K | T | | | | | |
| 119. TCW Value Opportunities Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. UPS Class B | A | Dividend | J | T | | | | | |
| 121. Puerto Rico Pub Bldgs Auth Rev | C | Interest | M | T | Buy | 11/17 | M | | |
| 122. New York City MWF AU W&S General Resoltn Rev | B | Interest | | | Buy | 6/23 | L | | |
| 123. | | | | | Sold | 11/21 | L | | |
| 124. New York City Transitional Fin Auth Rev | B | Interest | | | Buy | 5/15 | L | | |
| 125. | | | | | Sold | 11/21 | K | | |
| 126. White Plains Pub Impt | B | Interest | | | Buy | 5/27 | L | | |
| 127. | | | | | Sold | 11/13 | K | | |
| 128. Poughkeepsie Town NY Libr Purp | B | Interest | | | Buy | 5/27 | M | | |
| 129. | | | | | Sold | 11/19 | L | | |
| 130. Southhold NY Pub Impt | C | Interest | | | Buy | 5/15 | M | | |
| 131. | | | | | Sold (part) | 11/13 | L | | |
| 132. | | | | | Sold | 11/18 | K | | |
| 133. Erie County NY Pub Impt | B | Interest | | | Buy | 6/4 | L | | |
| 134. | | | | | Sold | 11/13 | L | | |
| 135. Erie Co NY IDA Sch Facl | C | Interest | | | Buy | 5/15 | L | | |
| 136. | | | | | Buy (add'l) | 6/4 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/21 | L | | |
| 138. | | | | | Sold | 11/24 | L | | |
| 139. Auburn NY Pub Impt | B | Interest | | | Buy | 5/27 | M | | |
| 140. | | | | | Sold | 11/19 | L | | |
| 141. Glens Falls NY City Sch Dist | A | Interest | | | Buy | 6/11 | K | | |
| 142. | | | | | Sold | 11/24 | K | | |
| 143. Syracuse NY Pub Impt | B | Interest | | | Buy | 6/11 | L | | |
| 144. | | | | | Sold | 11/13 | L | | |
| 145. Suffolk NY Pub Imprvmt | B | Interest | | | Buy | 5/28 | M | | |
| 146. | | | | | Sold | 11/18 | L | | |
| 147. Watkins Glen NY Cent Sch Dist | B | Interest | | | Buy | 10/29 | K | | |
| 148. | | | | | Sold | 12/12 | K | | |
| 149. New York City Mun Wtr Fin Auth Wtr & Swr Sys Rev | B | Interest | | | Buy | 6/4 | L | | |
| 150. | | | | | Buy (add'l) | 6/5 | K | | |
| 151. | | | | | Sold | 11/13 | L | | |
| 152. New York City G/O Ser A | C | Interest | | | Buy | 5/27 | M | | |
| 153. | | | | | Sold | 11/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. New York NY G/O Ser C | B | Interest | L | T | Buy | 10/20 | K | | |
| 155. | | | | | Buy (add'l) | 11/21 | L | | |
| 156. | | | | | Sold (part) | 12/11 | K | | |
| 157. New York NY Ser C U/T | A | Interest | L | T | Buy | 11/18 | L | | |
| 158. New York NY Ser D RFDG G/O | B | Interest | N | T | Buy | 11/13 | M | | |
| 159. | | | | | Buy (add'l) | 11/19 | N | | |
| 160. New York NY Gen Oblig Ser D | B | Interest | | | Buy | 6/11 | L | | |
| 161. | | | | | Sold | 11/19 | L | | |
| 162. New York NY G/O Ser F | B | Interest | | | Buy | 5/27 | L | | |
| 163. | | | | | Sold | 11/24 | K | | |
| 164. New York NY RFDG Ser G U/T | A | Interest | L | T | Buy | 12/17 | L | | |
| 165. New York NY Oblig BDS-G | A | Interest | L | T | Buy | 10/28 | L | | |
| 166. New York City NY RFDG Ser H | B | Interest | M | T | Buy | 11/13 | M | | |
| 167. New York City G/O Ser I | B | Interest | M | T | Buy | 11/24 | M | | |
| 168. New York NY Ser J U/T | B | Interest | | | Buy | 3/6 | K | | |
| 169. | | | | | Sold | 5/27 | K | | |
| 170. New York NY Fiscal 2008 Ser L | B | Interest | | | Buy | 6/5 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold | 11/13 | K | | |
| 172. Chevron Corp | A | Dividend | J | T | Buy | 11/25 | J | | |
| 173. Citigroup | A | Dividend | J | T | Buy | 12/8 | J | | |
| 174. Dominion Res Inc New VA | A | Dividend | J | T | Buy | 12/8 | J | | |
| 175. Verizon Communications | A | Dividend | J | T | Buy | 11/26 | J | | |
| 176. Priceline.com Inc. | | None | | | Buy | 4/23 | J | | |
| 177. | | | | | Sold | 7/3 | J | | |
| 178. Burlington Santa Fe | A | Dividend | | | Buy | 3/31 | J | | |
| 179. | | | | | Sold | 11/18 | J | | |
| 180. Franklin Gold & Precious | A | Dividend | | | Buy | 1/22 | J | | |
| 181. | | | | | Sold | 11/18 | J | | |
| 182. Blackrock US Opportunities C | | None | | | Buy | 1/2 | L | | |
| 183. | | | | | Sold | 10/29 | K | | |
| 184. American Europacific Grw C | A | Dividend | | | Buy | 1/2 | L | | |
| 185. | | | | | Sold | 9/29 | K | | |
| 186. Absolute Return Barrier Note | | None | | | Buy | 3/24 | K | | |
| 187. | | | | | Sold | 10/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Artisan Mid Cap Value Fund | B | Dividend | K | T | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Berman, Richard M. | 5/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts.

(1) Nine stocks or funds were inadvertently included in the 2007 Report as follows:

   *Liberty Global Inc. was sold on or about 10/30/2007 and on or about 11/2/2007. The value codes were L and J and the gain codes were F and C for the sales.
   *Schwab Value Advantage was sold on or about 12/26/2007. The value code was L and the gain code reflected a loss.
   *TCW Galileo Value Oppty was sold in 2007; we have been unable to locate the value and gain/loss information. The value code in 2006 was K.
   *Lockheed Martin was sold on or about 2/27/2007. The value code was K and the gain code was D.
   *Sunrise Senior Living was sold on or about 2/27/2007. The value code was J and the gain code was A.
   *American Funds New Economy was sold on or about 2/8/2006. The value code was J and the gain code was C.
   *American Funds Capital Income Builder was sold on or about 2/26/2007. The value code was J and the gain code was A.
   *Nisource Inc. was sold on or about 11/6/2007. The value code was J and the gain code reflected a loss.
   *Schlumberger Ltd. was sold on or about 2/28/2007. The value code was J and the gain code was A.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544